# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00311-JRG |
| v. | § | (Lead Case) |
| | § | |
| NIKE, INC. | § | |

| | | |
|---|---|---|
| LEXOS MEDIA IP, LLC | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00355-JRG |
| v. | § | (Member Case) |
| | § | |
| NORTHERN TOOL & EQUIPMENT COMPANY, INC. | § | |

## ORDER

Before the Court is the Stipulation of Dismissal (the "Stipulation") filed by Plaintiff Lexos Media IP, LLC ("Plaintiff") and Defendant Northern Tool & Equipment Company, Inc. ("Defendant"). (Dkt. No. 188.) In the Stipulation, the parties agree to the dismissal of Plaintiff's case with prejudice pursuant to Rule 41(a)(1)(A)(ii). (*Id*.)

Having considered the Stipulation, and noting its joint nature, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned member case are hereby **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party bear its own costs, attorneys' fees, and expenses.

The Clerk of the Court is directed to leave **OPEN** the above-captioned Lead Case in light of the remaining parties and claims.

So ORDERED and SIGNED this 7th day of November, 2023.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE